Willie Jones, Pro Se Appellant

V.

State of Florida, Appellee

Case No # 4D23-1301

L.T. No # 21-727KF10A

FILED BY _____ D.C.

JUL 20 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Emergency Pleading

Here Comes, petitioner, Willie Jones, with full power granted in pro se capacity, to demand an emergency treatment to the previously filed Petition of Writ of Habeus Corpus submitted in the lower tribunal 06/15/2023. This filing is to harmonize with administrative order 2014-1 and in pursuant of 28 U.S.C.A. § 2254; 42 U.S.C.A. § 1983; U.S. Constitution Amendment 6, 8, 10, 14 & Florida Constitution Article I § 9, 13, 16.

As grounds, petitioner recounts the abundance of petitions and pleadings, that all exhibit the vociferous supplications, but no judgement or hearing on the merits have, properly address — the person in custody pursuant to the judgement of a state court in violation of the constitution of the United States — including the first obviated hearing 01/03/2023. Petitioner has suffered a prepetual pre-trial period, that has long before transformed prejudice, and continue to crystalize more constitutional violation as it linger. The latest violation stemming from a contemporary quarantine, that affects the petitioner access to the courts and a supreme violation occurring 06/27/2023, the day scheduled for trial where the court granted the prosecuting party's motion to

Strike the speedy demand by the petitioner and impelled an extension of the injurous confinement. A supreme violation which could've been avoided if properly considered with the preliminary injunction requested in the 06/15/2023 filing metioned Supra, or any other request for pre-trial release. Petitioner is being illegally detained on criminal charges due to violations of U.S. Constitution Amendment 4, 5, 6, 8, 14, when 06/30/2021 petitioner was compelled to incriminate himself, and denied his right for an attorney (confirmed in Suppression hearing 05/19/23), while in custody of a torturous and cruel pre-trial detention. Petitioner is being illegally detained by the magistrate failure to give individual and full consideration of all legally relevant factors in setting bail, which resulted with arbitory at the perfunctory Arthur hearing, that not only contradicted the facts of the case but contended the sureties testimony on record. Additionally there is multiple demands for a right to speedy trial, and with an official demand being struck 06/27/2023, this exhibit a conspicuous transgression to the constitutional right. The petitioner has submitted multiple filings in accordance with Florida Rules of Criminal Procedure 3.191 and the tenet purport that since the obviated hearing 01/03/2023, defendant should have now been discharged from the accusations twice. With the abudance of petitions and pleadings, that all exhibit the vociferous supplication, but no judgement or hearing on the merits is equivalent to no relief. Without any incriminating arbitration, within a 25 month oppressive pre-trial detention, this emergency

transfusion is requisite for emancipation and justice, on account of petitioner unconstitutional restraints and indignation as he has now endured consistent obstructions of justice and the lower tribunal has continuously denied remedy. 07/03/2023 was another demand for a speedy trial and intervention is urgently required to both protect the rights of the accused that has a jepordize defense, in the corrupt pre-trial detention, and to bring honorable direction to the ornery court before a tainted verdict or judgement makes the petition moot.

I Willie Jones, the petitioner do hereby certify that the information is true and correct, to the best of my knowledge, and that a true copy is being forwarded to Fourth District Court of Appeal, ~~Honorable Judge Odom Jr.~~ and U.S. Courthouse at 299 E Borward Blvd. Ft. Lauderdale FL. 33301 on this 17 day of July 2023

Willie Jones 502200097
PO Box 4356
Ft. Lauderdale, FL 33310

Willie Jones 561200097
PO Box 9356
Ft. Lauderdale, FL 33310

MIAMI FL 330
18 JUL 2023 PM 6 L



U S A ★ FOREVER ★

United States Courthouse
299 E. Borward Blvd.
Ft. Lauderdale, FL 33301

33301-194499

"Legal Mail"

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

